Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No.  278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:      rosman@bfesf.com
            scrawford@bfesf.com

Attorneys for Defendant
COUNTY OF ALAMEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHALE WELL, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA; and DOES 1-10,<br>inclusive,<br><br>        Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF ALAMEDA SUPERIOR COURT CASE NO. 25CV107800 UNDER 28 U.S.C. § 1441(a) [Federal Question]** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that defendant COUNTY OF ALAMEDA hereby removes to this Court the state court action described below:

1.      On January 22, 2025, Case No. 25CV107800 commenced in the Superior Court of the State of California, in and for the County of Alameda captioned *Shale Well v. County of Alameda, et al.*

2.      The Summons, Complaint, and Civil Case Cover Sheet Addendum were served on the COUNTY by personal service on January 27, 2025.  A true and correct copy of the Summons and accompanying package are attached as **Exhibit A**.

**JURISDICTION**

3.      This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331 because it arises under the provisions of 42 U.S.C. § 1983 as set forth in the Complaint. Thus, the

action is properly removed to this Court by the COUNTY pursuant to 28 U.S.C. §1441(a).

**DIVISIONAL ASSIGNMENT**

4.      This case should be assigned to the San Francisco Division or the Oakland Division of this Court because it arises in the County of Alameda.

Dated: February 21, 2025                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL


                                           By:   _/s/ Richard W. Osman_
                                                 Richard W. Osman
                                                 Sheila D. Crawford
                                                 Attorneys for Defendant
                                                 COUNTY OF ALAMEDA

NOTICE OF REMOVAL OF ALAMEDA SUPERIOR COURT CASE NO. 25CV107800 UNDER 28 U.S.C. § 1441(a)
[Federal Question]

EXHIBIT A

EXHIBIT A

2024-256

**SUMMONS**
**(CITACION JUDICIAL)**

RECEIVED
JAN 27 2025
CLERK & BOARD OF SUPERVISORS

**SUM-100**

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

ENDORSED
FILED
ALAMEDA COUNTY

JAN 23 2025

CLERK OF THE SUPERIOR COURT
By_____ GINA FU _____ Deputy

NOTICE TO DEFENDANT: County of Alameda
*(AVISO AL DEMANDADO):* DOES 1-10, inclusive

YOU ARE BEING SUED BY PLAINTIFF: Shale Well
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: Superior Court of California
*(El nombre y dirección de la corte es):* County of Alameda
1225 Fallon St. Oakland, CA 94612

CASE NUMBER:
*(Número del Caso)* **25CV107800**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: Shale Well
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
P.O. Box 40530 Berkeley, CA 94704  Tel. 510 822-0174

DATE: 1-22-2025  JAN 23 2025  Clerk, by _____ GINA FU _____, Deputy
*(Fecha)*  *(Secretario)*  *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☒ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* Shale Well, plaintiff
under: ☐ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)      ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)      ☐ CCP 416.90 (authorized person)
☒ other *(specify)* Government Agency, County of Alameda
4. ☒ by personal delivery on *(date):* 1-27-2025

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Shale Weil
P.O. Box 40330
Berkeley, CA 94704
TELEPHONE NO.: 510 822 0774          FAX NO. :
EMAIL ADDRESS: shaleweila
ATTORNEY FOR *(Name):* In pro per

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Rene C. Davidson

CASE NAME: Weil v. County of Alameda

**FOR COURT USE ONLY**

ENDORSED
FILED
ALAMEDA COUNTY

JAN 23 2025

CLERK OF THE SUPERIOR COURT
By _____ **GINA FU** _____
Deputy

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☒ Unlimited  ☐ Limited (Amount demanded exceeds $35,000) (Amount demanded is $35,000 or less) | ☐ Counter  ☐ Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | **25CV107800** JUDGE: DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☒ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☒ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action *(specify):*
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: 1-22-2025
Shale Weil
_____
(TYPE OR PRINT NAME)

▶ Shale Weil
_____
(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2024]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courts.ca.gov

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET
**CM-010**

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
Asbestos Property Damage
Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
Medical Malpractice– Physicians & Surgeons
Other Professional Health Care Malpractice
Other PI/PD/WD (23)
Premises Liability (e.g., slip and fall)
Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
Intentional Infliction of Emotional Distress
Negligent Infliction of Emotional Distress
Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
Legal Malpractice
Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
Negligent Breach of Contract/ Warranty
Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
Collection Case–Seller Plaintiff
Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
Auto Subrogation
Other Coverage
Other Contract (37)
Contractual Fraud
Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
Writ of Possession of Real Property
Mortgage Foreclosure
Quiet Title
Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
Writ–Administrative Mandamus
Writ–Mandamus on Limited Court Case Matter
Writ–Other Limited Court Case Review
Other Judicial Review (39)
Review of Health Officer Order
Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
Abstract of Judgment (Out of County)
Confession of Judgment *(non-domestic relations)*
Sister State Judgment
Administrative Agency Award *(not unpaid taxes)*
Petition/Certification of Entry of Judgment on Unpaid Taxes
Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
Declaratory Relief Only
Injunctive Relief Only *(non-harassment)*
Mechanics Lien
Other Commercial Complaint Case *(non-tort/non-complex)*
Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
Civil Harassment
Workplace Violence
Elder/Dependent Adult Abuse
Election Contest
Petition for Name Change
Petition for Relief From Late Claim
Other Civil Petition

---

CM-010 [Rev. January 1, 2024]

**CIVIL CASE COVER SHEET**

Page 2 of 2

For your protection and privacy, please press the Clear
This Form button after you have printed the form.

| Print this form | Save this form |

Clear this form

*Unified Rules of the Superior Court of California, County of Alameda*

F. ADDENDUM TO CIVIL CASE COVER SHEET

| Short Title: | Case Number: |
|---|---|
| Well v. County of Alameda | 25CV107800 |

## CIVIL CASE COVER SHEET ADDENDUM

### THIS FORM IS REQUIRED IN ALL NEW <u>UNLIMITED</u> CIVIL CASE FILINGS IN THE
### SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA

[ ] Hayward Hall of Justice (447)

[X] Oakland, Rene C. Davidson Alameda County Courthouse (446)    [ ] Pleasanton, Gale-Schenone Hall of Justice (448)

| Civil Case Cover Sheet Category | Civil Case Cover Sheet Case Type | Alameda County Case Type (check only one) | | |
|---|---|---|---|---|
| Auto Tort | Auto tort (22) | [ ] | 34 | Auto tort (G) |
| | | Is this an uninsured motorist case? [ ] yes [ ] no | | |
| Other PI /PD / WD Tort | Asbestos (04) | [ ] | 75 | Asbestos (D) |
| | Product liability (24) | [ ] | 89 | Product liability (not asbestos or toxic tort/environmental) (G) |
| | Medical malpractice (45) | [ ] | 97 | Medical malpractice (G) |
| | Other PI/PD/WD tort (23) | [ ] | 33 | Other PI/PD/WD tort (G) |
| Non - PI /PD / WD Tort | Bus tort / unfair bus. practice (07) | [ ] | 79 | Bus tort / unfair bus. practice (G) |
| | Civil rights (08) | [X] | 80 | Civil rights (G) |
| | Defamation (13) | [ ] | 84 | Defamation (G) |
| | Fraud (16) | [ ] | 24 | Fraud (G) |
| | Intellectual property (19) | [ ] | 87 | Intellectual property (G) |
| | Professional negligence (25) | [ ] | 59 | Professional negligence - non-medical (G) |
| | Other non-PI/PD/WD tort (35) | [ ] | 03 | Other non-PI/PD/WD tort (G) |
| Employment | Wrongful termination (36) | [ ] | 38 | Wrongful termination (G) |
| | Other employment (15) | [ ] | 85 | Other employment (G) |
| | | [ ] | 53 | Labor comm award confirmation |
| | | [ ] | 54 | Notice of appeal - L.C.A. |
| Contract | Breach contract / Wrnty (06) | [ ] | 04 | Breach contract / Wrnty (G) |
| | Collections (09) | [ ] | 81 | Collections (G) |
| | Insurance coverage (18) | [ ] | 86 | Ins. coverage - non-complex (G) |
| | Other contract (37) | [ ] | 98 | Other contract (G) |
| Real Property | Eminent domain / Inv Cdm (14) | [ ] | 18 | Eminent domain / Inv Cdm (G) |
| | Wrongful eviction (33) | [ ] | 17 | Wrongful eviction (G) |
| | Other real property (26) | [ ] | 36 | Other real property (G) |
| Unlawful Detainer | Commercial (31) | [ ] | 94 | Unlawful Detainer - commercial    Is the deft. in possession |
| | Residential (32) | [ ] | 47 | Unlawful Detainer - residential    of the property? |
| | Drugs (38) | [ ] | 21 | Unlawful detainer - drugs    [ ] Yes    [ ] No |
| Judicial Review | Asset forfeiture (05) | [ ] | 41 | Asset forfeiture |
| | Petition re: arbitration award (11) | [ ] | 62 | Pet. re: arbitration award |
| | Writ of Mandate (02) | [ ] | 49 | Writ of mandate |
| | | Is this a CEQA action (Publ.Res.Code section 21000 et seq) [ ] Yes [ ] No | | |
| | Other judicial review (39) | [ ] | 64 | Other judicial review |
| Provisionally Complex | Antitrust / Trade regulation (03) | [ ] | 77 | Antitrust / Trade regulation |
| | Construction defect (10) | [ ] | 82 | Construction defect |
| | Claims involving mass tort (40) | [ ] | 78 | Claims involving mass tort |
| | Securities litigation (28) | [ ] | 91 | Securities litigation |
| | Toxic tort / Environmental (30) | [ ] | 93 | Toxic tort / Environmental |
| | Ins covrg from cmplx case type (41) | [ ] | 95 | Ins covrg from complex case type |
| Enforcement of Judgment | Enforcement of judgment (20) | [ ] | 19 | Enforcement of judgment |
| | | [ ] | 08 | Confession of judgment |
| Misc Complaint | RICO (27) | [ ] | 90 | RICO (G) |
| | Partnership / Corp. governance (21) | [ ] | 88 | Partnership / Corp. governance (G) |
| | Other complaint (42) | [ ] | 68 | All other complaints (G) |
| Misc. Civil Petition | Other petition (43) | [ ] | 06 | Change of name |
| | | [ ] | 69 | Other petition |

202-19 (5/1/00)    A-13

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY          STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|
| NAME: Shale Well<br>FIRM NAME:<br>STREET ADDRESS: P.O. Box 40330<br>CITY: Berkeley          STATE: CA  ZIP CODE: 94704<br>TELEPHONE NO.: 510-822-0774     FAX NO.:<br>EMAIL ADDRESS: shale-well@sbcglobal.net<br>ATTORNEY FOR (name): In Pro per | ENDORSED<br>FILED<br>ALAMEDA COUNTY<br><br>JAN 23 2025<br><br>CLERK OF THE SUPERIOR COURT<br>GINA FU<br>By_____ Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Rene C. Davidson

PLAINTIFF: Shale Well

DEFENDANT: County of Alameda

☒ DOES 1 TO 10 inclusive

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death, assault/battery wrongful arrest/detention intentional infliction | CASE NUMBER: |
|---|---|
| ☐ AMENDED (Number):<br>Type (check all that apply):<br>☐ MOTOR VEHICLE  ☒ OTHER (specify):<br>  ☐ Property Damage  ☐ Wrongful Death<br>  ☒ Personal Injury  ☒ Other Damages (specify): emotional distress | 25CV107800 |

Jurisdiction (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE (does not exceed $35,000)
  Amount demanded ☐ does not exceed $10,000
              ☐ exceeds $10,000
☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
    ☐ from limited to unlimited
    ☐ from unlimited to limited

1. Plaintiff (name or names): Shale Well
   alleges causes of action against defendant (name or names): Alameda County, DOES 1-10, inclusive

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California.
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor    ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California.
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor    ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2024] | COMPLAINT—Personal Injury, Property<br>Damage, Wrongful Death | Code of Civil Procedure, § 425.12<br>www.courts.ca.gov |
|---|---|---|

PLD-PI-001

| SHORT TITLE: Well v. County of Alameda | CASE NUMBER: 25CV107800 |

4. ☐ Plaintiff *(name):*
    is doing business under the fictitious name *(specify):*

    and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
    a. ☒ **except** defendant *(name):* 7-8
       (1) ☒ a business organization, form unknown.
       (2) ☐ a corporation.
       (3) ☐ an unincorporated entity *(describe):*

       (4) ☐ a public entity *(describe):*

       (5) ☐ other *(specify):*

    c. ☐ **except** defendant *(name):*
       (1) ☐ a business organization, form unknown.
       (2) ☐ a corporation.
       (3) ☐ an unincorporated entity *(describe):*

       (4) ☐ a public entity *(describe):*

       (5) ☐ other *(specify):*

    b. ☒ **except** defendant *(name):* 9-10
       (1) ☐ a business organization, form unknown.
       (2) ☒ a corporation.
       (3) ☐ an unincorporated entity *(describe):*

       (4) ☐ a public entity *(describe):*

       (5) ☐ other *(specify):*

    d. ☐ **except** defendant *(name):*
       (1) ☐ a business organization, form unknown.
       (2) ☐ a corporation.
       (3) ☐ an unincorporated entity *(describe):*

       (4) ☐ a public entity *(describe):*

       (5) ☐ other *(specify):*

    ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
    a. ☒ Doe defendants *(specify Doe numbers):* 1-10, Inclusive    were the agents or employees of other
       named defendants and acted within the scope of that agency or employment.
    b. ☒ Doe defendants *(specify Doe numbers):* 1-10, inclusive    are persons whose capacities are unknown to
       plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
    a. ☒ at least one defendant now resides in its jurisdictional area.
    b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
    c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
    d. ☐ other *(specify):*

9. ☒ Plaintiff is required to comply with a claims statute, **and**
    a. ☒ has complied with applicable claims statutes, **or**
    b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Well v. County of Alameda | 25CV107800 |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

a. ☐ Motor Vehicle

b. ☒ General Negligence

c. ☒ Intentional Tort

d. ☐ Products Liability

e. ☐ Premises Liability   *assault / battery*

f. ☒ Other *(specify):* wrongful arrest, wrongful detention, selective enforcement lack of enforcement,   . infliction of emotional distress

11. Plaintiff has suffered *(check all that apply)*

a. ☒ wage loss.

b. ☐ loss of use of property.

c. ☐ hospital and medical expenses.

d. ☒ general damage.

e. ☐ property damage.

f. ☒ loss of earning capacity.

g. ☒ other damage *(specify):* Loss of educational opportunities Loss of medical care, personal appointments loss of wages, employment

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are

a. ☐ listed in Attachment 12.

b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

a. (1) ☒ compensatory damages.

   (2) ☐ punitive damages.

b. The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*

   (1) ☒ according to proof.

   (2) ☐ in the amount of: $

15. ☒ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 1-22-2025

Shale Well
_____
(TYPE OR PRINT NAME)

▶ Shale Well
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

Shale Well, In Pro Per

**Attorneys for Claimant**
SHALE WELL

**Claimant**
SHALE WELL v. COUNTY OF ALAMEDA

**GOVERNMENT TORT CLAIM**
(Govt. Code) §910 et seq

**CLAIMANT'S NAME:**
SHALE WELL

**CLAIMANTS' ADDRESS:**
P.O. BOX 40330 Berkeley, CA 94704.

**CLAIMANT'S TELEPHONE NUMBER:**
510-822-0774

**ADDRESS TO WHICH**
**NOTICES ARE TO BE SENT**
P.O. BOX 40330 Berkeley, CA 94704

**DATE OF THE INCIDENT**: January 24, 2024, January 31, 2024, February 1, 2024, Mar. 5, 2024, April, 18, 2024, June 24, 2024 and July 18 2024.

**LOCATION OF INCIDENT:**
2631 Mabel Street Berkeley, CA 94702,
City of Berkeley Jail 2100 Martin Luther King Jr. Way Berkeley, CA
Santa Rita Jail 5325 Broder Blvd. Dublin, CA

**BASIS OF CLAIM:**
On 2-1-2024, the Defendant, ALAMEDA COUNTY wrongfully detained Claimant SHALE WELL for further exposed SHALE WELL to humiliation and torture intentional infliction of emotional distress, by being forced to undergo a genital area strip search by DOES 1-10. This was done despite the fact that the Defendant ALAMEDA COUNTY was informed and was aware that SHALE WELL was not being prosecuted.

The defendant, ALAMEDA COUNTY intentionally wrongfully arrested and wrongfully detained Claimant, SHALE WELL for over 12 hours. Claimant was released at 11:00PM, on 2-1-2024, only after being assaulted by the defendant ALAMDA COUNTY in a genital area strip search. Defendant's actions have caused Claimant SHALE WELL restrictions prevented from going to work and school during the wrongful arrest and wrongful detention. SHALE WELL was prevented from finishing a training program that the claimant has been training for over 5 years. The Defendants actions have caused the Claimant to suffer anquish, trauma, severe pain and suffering.

As a result of being racially profiled, racially discriminated, wrongfully arrested, wrongfully detained, assaulted and battered intentionally by the Defendant, COUNTY.OF ALAMEDA, The Claimant believes and alleges that her life has been ruined by these acts committed by the above named parties.

**INJURY OR DAMAGE:**
Claimant's injuries and damages include, or may include past ,present and/or future damages for pain, suffering, disability, emotional distress, humiliation, violation of civil rights, medical special damages, lost wages and/or damage to career, property damage and property loss, statutory damages and/or other general and/or special damages in amounts to be determined according to proof. Claimant may also be entitled to recover their attorneys' fees and costs pursuant to statutes in the event that the Claimant is prevailing party. Claimant may also be entitled to recover punitive damages against the individual ALAMEDA COUNTY, ALAMEDA COUNTY SHERIFF OFFICE, ALAMEDA COUNTY SHERIFF DEPUTIES officers, employees, agents and/or servants and/or each of them who are liable for the injuries and/or damages alleged herein. Discovery is continuing and Claimant reserves the right to supplement and/or amend this claim.

**PUBLIC EMPLOYEES ALLEGED TO HAVE CAUSED INJURY OR DAMAGE:**
COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF OFFICE, ALAMEDA COUNTY SHERIFF DEPUTIES, DOES 1-10, their employees, agents, servants and/or attorneys, all of the County departments. Claimant's injuries and damages include, or may include past, present, and/ or future damages for pain suffering, disability, emotional distress, humiliation violation of civil rights, medical special damages, lost wages, and/ or damage to career, property damage and property loss, statutory damages and/ or other general and or special damages in amounts to be determined according to proof. Claimants may also be entitled to recover their attorney's fees and costs pursuant to statutes in the event that the Claimant is the prevailing party. Claimant may also be entitled to punitive damages against the individual COUNTY OF ALAMEDA sheriff's deputies, employees, agents, and/ or and/ or each of them who are liable for the injuries and/ or damage alleged herein. Discovery is continuing and Claimant reserves the right to supplement and/ or amend this claim.

**DEMAND FOR PRESERVATION OF EVIDENCE:**
Claimant hereby demands that the COUNTY OF ALAMEDA including but not limited to the County of Alameda, Alameda County Sheriff's Office, their employees, agents, servants and/or attorneys, all of the County departments maintain and preserve all evidence, documents and tangible materials which relates in any manner whatsoever to the subject matter of this claim during the pendency of this matter, including until the completion of any and all civil and/or criminal litigation arising from the events which are the subject matter of this claim. This demand for preservation of evidence includes, but is not limited to, a demand that all communications tapes, logs, computer records, photographs, video, and/or other tangible materials of any kind be preserved until the completion of any, and all civil and criminal litigation arising from the subject matter of the events which are the subject matter of this claim.

**AMOUNT OF CLAIM:**
The claims are each in excess of $10,000.00. Jurisdiction is designated as "unlimited" and jurisdiction would be in the Superior Court of the State of California for Alameda County, and/or the United States District Court for the Northern District of California.

**DATED:** January 22, 2025

**Signed:**

By _____

SHALE WELL, In Pro Per

PLD-PI-001(3)

| SHORT TITLE: Well v. County of Alameda | CASE NUMBER |
|---|---|

_____1_____
(number)

**CAUSE OF ACTION—Intentional Tort**     Page _10_
Assault and Battery

ATTACHMENT TO   ☒ Complaint   ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name):* Shale Well

alleges that defendant *(name):* County of Alameda

☒ Does ___1___ to ___10___

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff

on *(date):* 2-1-2025
at *(place):* Santa Rita Jail 5325 Brader Blvd, Dublin, CA 94568.
*(description of reasons for liability):* assault and battery

The Plaintiff SHALE WELL is a permanently disabled adult who at all times resides in the City of Berkeley, County of Alameda.

The case against the Plaintiff was dismissed without probable cause.

The case against the Plaintiff was dismissed in favor of Plaintiff, SHALE WELL.

Moreover, the malicious prosecution of Plaintiff was in violation of Government Civil Code Section 42 U.S.C. 1983, provides the statutory basis for this cause of action.

The Defendant COUNTY OF ALAMEDA is at all times government agencies whose places of business are located in the City of Dublin, County of Alameda.

The Plaintiff is ignorant of the true names and capacities of the defendants, named here as DOES 1 to 10 inclusive. Therefore, sues them by fictitious names, and will amend the complaint as their true names and capacities are ascertained. Whether individual, corporate, associate or otherwise is responsible in some manner for the occurrences and injuries allege in the complaint. Plaintiff is informed and believes and thereon alleges that at all times the aforementioned defendants DOES 1 to 10, Inclusive were the agents, servants and employees of the defendant the County of Alameda.

On February 1, 2024, the plaintiff was transported to Santa Rita Jail and placed in the custody of the Alameda County Sheriff Office, Deputies. The Plaintiff SHALE WELL was forced to remain in custody for over 8 hours after learning there were no charges and the case was dismissed due to a lack of evidence. The Defendants placed the Plaintiff SHALE WELL in great anguish and fear and for her life and wellbeing by forcing her to remove all of her clothing and stand nude exposing sensitive genital regions in front of deputy. By reason of the wrongful and malicious acts of Defendant Alameda County, through its agents DOES 1 to 10, the Plaintiff has suffered extreme and severe emotional distress and has been injured in mind and body as follows: pain and suffering, emotional distress, wrongful arrest, wrongful detention, incarceration, for 12 hours, with exposure to psycho-sexual assault, unhygienic confinement, and neglect for failure to provide Plaintiff's heart and blood pressure medication the Plaintiff's property.  In violation of standard regulations governing the law enforcement conduct in The County of Alameda and in the State of California, including 42 U.S.C. section 1983, which prohibits and government official

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Intentional Tort**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

For your protection and privacy, please press the Clear This Form button after you have printed the form.

Print this form     Save this form     Clear this form

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Well V· County of Alameda | |

ATTACHMENT (Number): _____ 1

*(This Attachment may be used with any Judicial Council form.)*

1 CAUSE OF ACTION — Intentional tort
Assault and Battery

---

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page ___1___ of __1__

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov

PLD-PI-001(3)

| SHORT TITLE: Well v. County of Alameda | CASE NUMBER |
|---|---|

_____
(number)

**CAUSE OF ACTION—Intentional Tort**   Page ___11___
Assault and Battery

ATTACHMENT TO   ☒ Complaint   ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name):* Shale Well

alleges that defendant *(name):* County of Alameda

☒ Does ___1___ to ___10___

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff

on *(date):* 2-1-2025

at *(place):* Santa Rita Jail 5325 Broder Blvd, Dublin, CA 94568

*(description of reasons for liability):* assault and battery

(continued) including police officers from violating an individual's civil rights under color of law. Moreover, the assault and battery of the Plaintiff was a violation of California Civil code Section 242, and was related to false arrest and false imprisonment of the Plaintiff. California Government Code Section 820.4 states that "A public employee is not liable for his act or omission, exercising due care, in the execution of enforcement or any law. Nothing in this section exonerates a public employee from liability for false arrest or false imprisonment" The Defendant, COUNTY OF ALAMEDA, Deputies did not exercise due care in their duties or in the enforcement of the law. By reason of the wrongful and malicious acts of Defendant COUNTY OF ALAMEDA, Plaintiff was required to expend money to incur obligations for medical services and treatment for relief of the emotional disturbances she sustained. The exact amount is not known to the Plaintiff. The Plaintiff will amend this complaint once the same has been ascertained. By reason of the wrongful acts of Defendant COUNTY OF ALAMEDA, the Plaintiff was prevented from attending school, career training, medical appointments and her occupation as landscaper. Plaintiff is not aware of the full loss of income and will amend this complaint once the exact amount of loss is ascertained.

Page 1 of 1

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001(3) [Rev. January 1, 2007] | **CAUSE OF ACTION—Intentional Tort** | Code of Civil Procedure, § 425.12<br>www.courts.ca.gov |

For your protection and privacy, please press the Clear
This Form button after you have printed the form.   Print this form   Save this form   Clear this form

**Short Title**                                                                    Case Number

Well v. County of Alameda

                   2                    **CAUSE OF ACTION –**                    Page _12_

Attachment to the  **X** Complaint          wrongful arrest, wrongful detention, selective enforcement, lack of enforcement

Plaintiff: Shale Well

Alleges that defendant: County of Alameda

        **X** DOES    1  to   10

By the following acts or omissions to act the defendant intentionally caused damage to the plaintiff

on (date) 2-1-2024

at (place) Santa Rita Jail 5325 Broder Blvd. Dublin, CA 94568

description of reasons for liability) wrongful arrest and wrongful detention selective enforcement,

lack of enforcement

At the time of the arrest and transport to Santa Rita Jail, the Plaintiff SHALE WELL, had not committed any offenses.

The Defendant COUNTY OF ALAMEDA, as allege herein acted intentionally and recklessly.

The Defendant, COUNTY OF ALAMEDA as allege herein, acted deliberately to selectively enforce the law and with lack of enforcement are a violation of California law relating to arrest.

As a result of her wrongful arrest by Defendant COUNTY OF ALAMEDA, the Plaintiff, SHALE WELL was wrongly detained at Santa Rita Jail in Dublin on February 1, 2024 from 7:30 AM to 11:30 PM.

In fact there was no probable cause to arrest or detain Plaintiff SHALE WELL.

Said actions by the Defendant COUNTY OF ALAMEDA, its Servants, Deputies and Employees and DOES 1 to 10, were in violation of 42 U.S.C. Section 1983 and pursuant to California Government Code 820.4, subject to liability for false arrest, false imprisonment and wrongful incarceration of the Plaintiff.

As a result of the Plaintiff's wrongful arrest and detention, Plaintiff has suffered general damages according to proof.

As a result of the Plaintiff's wrongful arrest and detention Plaintiff has suffered special damages according to proof.

WHERFORE, Plaintiff prays judgement as hereinafter set forth.

PLD-PI-001(3)

| SHORT TITLE: Well v. County of Alameda | CASE NUMBER |
| --- | --- |

___3___
(number)

**CAUSE OF ACTION—Intentional Tort**    Page ___13___

Intentional Infliction of Emotional Distress

ATTACHMENT TO    ☒ Complaint    ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name):* Shale Well

alleges that defendant *(name):* County of Alameda

☒ Does ___1___ to ___10___

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff

on *(date):* 2-1-2025

at *(place):* Santa Rita Jail 5325 Broder Blvd. Dublin, CA 94568

*(description of reasons for liability):* Intentional Infliction of Emotional Distress

The actions of the Defendant COUNTY OF ALAMEDA, as allege herein, were extreme and outrageous and done for the purpose of intentionally causing Plaintiff SHALE WELL severe and long-lasting emotional distress.

The conduct of the Defendant COUNTY OF ALAMEDA, it Servants, Deputies and DOES 1 to 10, were in violation of 42 U.S.C. Section 1983. Moreover, California Government Code Section 820.4 provides statutory basis for this cause of action.

As a result of the actions of Defendant COUNTY OF ALAMEDA, Plaintiff SHALE WELL suffered severe and long-lasting emotional distress, all to her general damage.

As a result of the actions of Defendant COUNTY OF ALAMEDA, SHALE WELL was required to obtain medical care, psychotherapy ad has lost earnings in her profession, has lost educational opportunities has lost employment opportunities has lost housing opportunities, and has been prevented from completing employment training and educational training.

The conduct of the Defendant COUNTY OF ALAMEDA, Officers, staff and DOES 1 to 10  were in violation of 42 U.S.C. Section 1983. Moreover, California Government Code Section 820.4 provides statutory basis for this cause of action.

As a result of the actions of Defendant COUNTY OF ALAMEDA, the Plaintiff SHALE WELL suffered severe and long-lasting emotional distress, all to her general damage.

As a result of the actions of Defendant COUNTY OF ALAMEDA, the Plaintiff SHALE WELL was required to obtain medical care, psychotherapy. The Plaintiff SHALE WELL has further suffered extreme loss and in the following areas of her life; lost earnings in her profession, lost educational opportunities, lost employment opportunities, lost housing opportunities, and has been prevented from completing employment training and educational training.

Plaintiff will amend this complaint when she ascertains the amount of said damages.

WHERFORE, Plaintiff prays judgement as hereinafter set forth.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Intentional Tort**

Code of Civil Procedure, § 425.12
www.courts.ca.gov

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[ Print this form ]    [ Save this form ]    [ Clear this form ]